```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RITA G. STELLAR, Personal      :    CONSOLIDATED UNDER
Representative for the Estate  :    MDL 875
of Frank J. Schaffer, and      :
MARY SCHAFFER, as Surviving    :
Spouse,                        :
                               :
     Plaintiffs,               :
                               :
     v.                        :
                               :
ALLIED SIGNAL, INC.,           :
et al.,                        :
                               :    E.D. Pa. Civil Action No.
     Defendants.               :    5:14-cv-05083-ER
```

**O R D E R**

**AND NOW**, this **15th** day of **April, 2015,** for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' motion to remand to the Northampton County Court of Common Pleas (ECF No. 31) is **GRANTED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**